IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT W. ADCOCK                                                                PLAINTIFF
ADC #88716

V.                                          NO. 4:06CV00372 SWW

ANDY SHAW                                                                       DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 12th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE